AUGUSTUS N. LINDSLEY, Appellant, *v.* HENRY W. VAN CORT-
LANDT et al., Respondents.

(Argued April 30, 1894; decided June 5, 1894.)

· APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made February 13,
1893, which reversed a judgment in favor of plaintiff entered
upon a decision of the court on trial at Special Term, and also
reversed an order of Special Term permitting plaintiff to serve
a supplemental complaint.

*James M. Hunt* for appellant.

*William W. Schrugham* and *John H. Ferguson* for
respondents.

Agree to affirm and for judgment absolute in favor of
defendants on stipulation; no opinion.
All concur.
Order affirmed and judgment accordingly.

───────────

WILLIAM S. WILLIAMS, Appellant, *v.* ROBERT LINDBLOM,
Impleaded, etc., Respondent.*

· (Argued May 1, 1894; decided June 5, 1894.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made the first Monday
of February, 1893, which reversed a judgment in favor of
plaintiff entered upon a report of a referee, vacated an order
of reference and granted a new trial before another referee.

*D. M. Porter* for appellant.

*L. A. Gould* for respondent.

Agree to affirm order and for judgment absolute in favor
of defendant on opinion of FOLLETT, J., below.
All concur.
Order affirmed and judgment accordingly.

───────────
*Reported below, 68 Hun, 173.